McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA M. DUNCAN,<br><br>       Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CASE NO. 2:05-CV-01929-PAN (JFM)<br><br>STIPULATION AND [proposed] ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  On remand, the administrative law judge ("ALJ") will obtain testimony from a medical expert to assist in determining whether the claimant's onset of disability date was prior to May 1, 2003, the onset of disability date found by the ALJ (see Tr. 20). <u>Armstrong v. Comm'r</u>, 160 F.3d 587, 589-90 (9th Cir. 1998) (medical expert testimony to determine an onset date is required by the Ninth Circuit in cases such as the instant, where evidence regarding the onset date of disability is ambiguous or indefinite). The ALJ will re-evaluate the evidence from the claimant's treating physicians (Tr. 167-168, 199), take any further action necessary to complete the record, and issue a new decision.

       It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.</u>

Stip & Order of Remand (Sentence 4) - 05-01929

1  Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

2  　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
3  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
4  authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
5  Case Filing password, pursuant to Local Rule 7-131.

6  DATED: April 4, 2006           /s/ David J. Linden
                                  DAVID J. LINDEN
7
                                  Attorney for Plaintiff
8
   DATED: April 4, 2006           McGREGOR W. SCOTT
9                                 United States Attorney

10                           By:  /s/ Bobbie J. Montoya
                                  BOBBIE J. MONTOYA
11                                Assistant U. S. Attorney

12                                Attorneys for Defendant
   OF COUNSEL:
13 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
14 DONNA M. MONTANO
   Assistant Regional Counsel
15 United States Social Security Administration

16
                                    ORDER
17
   　　　This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g)
18
   for further proceedings consistent with the stipulation of the parties.  The prior
19
   administrative decision is vacated and the Clerk of the Court is directed to enter
20
   Judgment.
21
   DATED: April 6, 2006.
22

23
                                  [signature]
24                                UNITED STATES MAGISTRATE JUDGE

25

26 dunc1929.rem.ss

27

28 Stip & Order of Remand (Sentence 4) - 05-01929