```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA M. DUNCAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-01929-PAN (JFM)**<br><br>STIPULATION AND [proposed] ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the EAJA in the amount of TWO THOUSAND FIVE HUNDRED FIFTY AND 00/100 DOLLARS ($2,550.00) and costs in the amount of TWO HUNDRED FIFTY AND 00/100 DOLLARS ($250.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees, costs and expenses under the EAJA in this action, but not constituting any admission of Defendant's liability

under the EAJA.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees, costs and expenses in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff's counsel shall furnish to Defendant's counsel, and Defendant's counsel shall maintain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: April 28, 2006    By:  /s/ David J. Linden
                              DAVID J. LINDEN
                              Attorney at Law

                              Attorney for Plaintiff

DATED: May 2, 2006            McGREGOR W. SCOTT
                              United States Attorney
                              BOBBIE J. MONTOYA
                              Assistant U.S. Attorney

                         By:  /s/ Bobbie J. Montoya for
                              DONNA M. MONTAÑO
                              Special Assistant U. S. Attorney
                              Attorneys for Defendant

Of Counsel
Lucille Gonzales Meis, Chief Counsel, Region IX
U.S. Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: May 4, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

EAJA Stip & Order - 05-01929-PAN (JFM)          2